IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ERIC D. HAYES,                      )
                                    )
            Plaintiff,              )          8:14CV339
                                    )
      v.                            )
                                    )
METROPOLITAN PROPERTY &             )          ORDER
CASUALTY INSURANCE COMPANY,         )
                                    )
            Defendant.              )
_____)
```

This matter is before the Court on the motion to withdraw Albert M. Engles as counsel (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Albert M. Engles of the law firm of Engles, Ketcham, Olson & Keith, P.C., is deemed withdrawn as counsel for defendant.  The clerk of court shall remove his name from CM/ECF.

DATED this 5th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court