IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion to suspend pretrial scheduling and to continue Rule 26(f) planning report deadline (Filing No. 18).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The parties shall have until fourteen days after the Court rules on defendant's motion to dismiss amended complaint (Filing No. 19) to file their Rule 26(f) report.

DATED this 8th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court