IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to vacate stay (Filing No. 45), and motion to strike and dismiss plaintiff's petition to file interlocutory appeal (Filing No. 36). Accordingly,

IT IS ORDERED:

1) Defendant's motion to vacate stay is granted. The parties shall submit their Rule 26(f) report on or before May 22, 2015.

2) Defendant's motion to strike and dismiss plaintiff's petition to file interlocutory appeal is denied as moot.

DATED this 24th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court