IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to extend time to disclose expert witnesses (Filing No. 75). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted.

1) Plaintiff shall have until April 29, 2016, to disclose expert witnesses.

2) Defendant shall have until June 4, 2016, to disclose expert witnesses.

3) Plaintiff shall have until June 30, 2016, to disclose any expert rebuttal witnesses.

DATED this 19th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court