```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to extend deadline for plaintiff's resistance to motion in limine (Filing No. 94), and the stipulation extending deadline to file plaintiff's resistance to motion in limine (Filing No. 95). The Court finds the motion should be granted and the stipulation approved and adopted. Accordingly,

IT IS ORDERED that the motion is granted. Plaintiff shall have until November 15, 2016, file a resistance to defendant's motion in limine. The stipulation is approved and adopted.

DATED this 14th day of November, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court