IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for order permitting plaintiff to file opposition brief and materials on or before February 20, 2017 (Filing No. 107). The Court notes defendant has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Plaintiff shall have until February 20, 2017, to file opposition brief and materials to defendant's motion for summary judgment.

DATED this 9th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court