IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV339 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time for defendant to file brief in reply (Filing No. 111). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendant shall have until March 9, 2017, to file a brief in reply to plaintiff's brief in opposition to defendant's motion for summary judgment.

DATED this 27th day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court