# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIC D. HAYES,** | |
| Plaintiff, | **8:14CV339** |
| vs. | |
| **METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY,** | **JUDGMENT** |
| Defendant. | |

In accordance with the Findings of Fact and Conclusions of Law issued by the Court today,

1. Judgment is entered in favor of Plaintiff Eric Hayes and against Defendant Metropolitan Property & Casualty Insurance Company in the amount of $493,455.00, plus attorney's fees; and

2. Counsel for the Plaintiff may submit a request for attorney's fees on or before June 22, 2017; counsel for the Defendant may respond to the request on or before July 6, 2017; and counsel for the Plaintiff may submit any reply brief on or before July 13, 2017.

Dated this 12th day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge