IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. HAYES, | ) | CASE NO. 8:14-cv-00339 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S** |
| | ) | **NOTICE OF APPEAL** |
| METROPOLITAN PROPERTY & | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE** is hereby given in accordance with Rule 3 of the Federal Rules of Appellate Procedure that Defendant, Metropolitan Property & Casualty Insurance Company ("Met"), through its counsel, Engles, Ketcham, Olson & Keith, P.C., hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment of the District court entered June 12, 2017 (Filing No. 133), Memorandum and Order entered August 31, 2017 (Filing No. 150), and Order awarding costs (Filing No. 146).

        METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, Defendant,

        BY:   s/ Michael L. Moran
                ENGLES, KETCHAM, OLSON & KEITH, P.C.
                1350 Woodmen Tower
                Omaha, Nebraska 68102
                (402) 348-0900  Fax (402) 348-0904
                Dan H. Ketcham, #18930
                dketcham@ekoklaw.com
                Michael L. Moran, #24042
                mmoran@ekoklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C.G. (Dooley) Jolly, #21275
Patrick J. Sullivan, #20303
Adams & Sullivan, PC, LLO
1246 Golden Gate Dr., Suite 1
Papillion, NE 68046-2843
(402) 339-9550  Fax (402) 339-0401
Jolly@adamsandsullivan.com
sullivan@adamsandsullivan.com

                                        s/ Michael L. Moran_____