# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIC D. HAYES,** | **8:14CV339** |
| **Plaintiff,** | |
| **vs.** | **ORDER SETTING BOND** |
| | **AND STAYING EXECUTION** |
| **METROPOLITAN PROPERTY &** | |
| **CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

This matter is before the Court on the parties' Joint Stipulation Setting Bond and Staying Execution, ECF No. 155. The Court accepts the Joint Stipulation. Accordingly,

IT IS ORDERED:

1.  The parties' Joint Stipulation Setting Bond and Staying Execution, ECF No. 155, is approved;

2.  Defendant Metropolitan Property & Casualty Insurance Company shall post a supersedeas bond in the amount of $592,571.00 within fourteen (14) days of this Order;

3.  All executions upon the Judgment and upon orders awarding costs and attorney fees are stayed pending the Defendant's timely posting of the bond, and, upon timely posting of the bond, are further stayed pending disposition of the Defendant's appeal; and

4.	The Defendant Metropolitan Property & Casualty Insurance Company's Motion to Fix Amount of Supersedeas Bond and to Stay Judgment Pending Appeal, ECF No. 152, is denied as moot.

Dated this 18th day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge