# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC D. HAYES,<br><br>                   Plaintiff,<br><br>    vs.<br><br>METROPOLITAN PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br><br>                   Defendant. | 8:14CV339<br><br>ORDER |

This matter is before the Court on the Motion to Release Supersedeas Bond, ECF No. 174. On February 17, 2017, Defendant Metropolitan Property & Casualty Insurance Company, posted Supersedeas Bond Number 015055135 (the "Bond") in the amount of $592,570.00. ECF No. 164. Liberty Mutual Insurance Company (Liberty Mutual) acted as Surety. The full amount owed to Plaintiff Eric D. Hayes has been remitted and the judgment has been satisfied. Satisfaction of Judgment, ECF No. 173. Accordingly, the Bond is no longer required. Liberty Mutual, its parents, affiliates and subsidiaries will be released from any and all liability.

IT IS ORDERED:

1. The Motion to Release Supersedeas Bond, ECF No. 174, is granted;
2. Supersedeas Bond Number 015055135 (the "Bond") in the amount of $592,570.00, ECF No. 164, is hereby released;
3. Liberty Mutual is hereby released from any and all past, present and future liability arising under or in connection with the Bond;

4. The Clerk of the Court is directed to release the Bond—for immediate return to:

> Michael L. Moran
>
> Engles, Ketcham, Olson & Keith, P.C.
>
> 1350 Woodmen Tower
>
> Omaha, Nebraska 68102

Dated this 17th day of January, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge